AMERICAN NATIONAL INSURANCE COM-
PANY, Appellant, v. Richard MACIAS,
Appellee.

No. 9826.

Court of Civil Appeals of Texas.
San Antonio.

April 29, 1936.

Rehearing Denied May 20, 1936.

Claud J. Carter, of San Antonio, for ap-
pellant.

G. Woodson Morris, of San Antonio, for
appellee.

MURRAY, Justice.

Affirmed without written opinion. See Associated Indemnity Corporation v. Gatling (Tex.Civ.App.) 75 S.W.(2d) 294.